Burke, Williams & Sorensen, LLP
Michael B. Bernacchi, SBN 163657
mbernacchi@bwslaw.com
Keiko J. Kojima, SBN 206595
kkojima@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Telephone: 213.236.0600
Facsimile: 213.236.2700

Attorneys for Plaintiff Hartford Life and Annuity Insurance Company

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY SHAUGHNESSY AS EXECUTOR OF THE ESTATE OF SHELLEY TAYLOR OLANDER, ANTHONY R. DESALVO, an individual, <br><br> Defendants. | Case No. '08 CV 0133 JM POR <br><br> **PLAINTIFF'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |

Plaintiff, Hartford Life and Annuity Insurance Company, is a subsidiary of Hartford Financial Services, Inc., which is publicly-traded on the New York Stock Exchange under the symbol HIG. No individual or entity owns ten percent or more of HIG stock.

///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: January 23, 2008 | Burke, Williams & Sorensen, LLP<br>Michael B. Bernacchi<br>Keiko J. Kojima |
| 2 | | |
| 3 | | |
| 4 | | By: _____<br>    Michael B. Bernacchi |
| 5 | | Attorneys for Plaintiff Hartford Life and<br>Annuity Insurance Company |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4833-8267-2898 v1

- 2 -

PLAINTIFF'S NOTICE OF PARTY WITH
FINANCIAL INTEREST