AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFORNIA

Hartford Life and Annuity Insurance Company

V.

Gregory Shaughnessy as Executor of the Estate of Shelley Taylor Olander, Anthony R. DeSalvo, an individual

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

'08 CV 0133 JM POR

COPY

*[FILED stamp: 08 JAN 23 PM 3:35, CLERK U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, BY: DEPUTY]*

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Burke, Williams & Sorensen, LLP
Michael B. Bernacchi, SBN 163657
444 S. Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAN 23 2008

W. SAMUEL HAMRICK, JR.

CLERK                                                                                       DATE

*[signature: J. Paris]*

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com