Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAR 24 PM 3:53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

HARTFORD LIFE AND ANNUITY
INSURANCE COMPANY

vs

GREGORY SHAUGHNESSY AS
EXECUTOR OF THE ESTATE OF
SHELLEY TAYLOR OLANDER,
ANTHONY R. DESALVO, an
individual

(SEE ATTACHED FOR
CROSS-CLAIM INFORMATION)

SUMMONS IN A CIVIL ACTION

Case No. 08cv0133-JM(POR)

TO: (Name and Address of Cross-Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon CROSS-CLAIMANT'S ATTORNEY

Gregory S. Day, Esq.
LAW OFFICES OF GREGORY S. DAY
120 Birmingham Drive, Suite 200
Cardiff-by-the-Sea, California 92007

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MAR 24 2008

W. Samuel Hamrick, Jr.
CLERK
K. HAMBERLY

By _____ , Deputy Clerk            DATE

Summons in a Civil Action                                               Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Gregory S. Day, Esq. (SBN#70602)
LAW OFFICES OF GREGORY S. DAY
120 Birmingham Drive, Suite 200
Cardiff-by-the-Sea, CA 92007
Telephone: (760) 436-2827
Facsimile: (760) 436-4120

Attorney for Defendant/Cross-Claimant,
Gregory Shaughnessy as Executor of the
Estate of Shelley Taylor Olander

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY SHAUGHNESSY AS EXECUTOR OF THE ESTATE OF SHELLEY TAYLOR OLANDER; ANTHONY R. DESALVO, an individual,<br><br>Defendants.<br><br>GREGORY SHAUGHNESSY AS EXECUTOR OF THE ESTATE OF SHELLEY TAYLOR OLANDER,<br><br>Cross-Claimant,<br><br>vs.<br><br>ANTHONY R. DESALVO, an individual,<br><br>Cross-Defendant. | CV No.:   08cv0133-JM(POR)<br>Judge:    Hon. Jeffrey T. Miller<br>Courtroom: 16<br><br>ATTACHMENT TO SUMMONS ON CROSS-CLAIM |