Burke, Williams & Sorensen, LLP
Michael B. Bernacchi, SBN 163657
   mbernacchi@bwslaw.com
Keiko J. Kojima, SBN 206595
   kkojima@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Telephone: 213.236.0600
Facsimile:  213.236.2700

Attorneys for Plaintiff Hartford Life and Annuity Insurance Company

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ESTATE OF SHELLEY TAYLOR OLANDER, GREGORY SHAUGHNESSY, ANTHONY R. DESALVO,<br><br>Defendants. | Case No. 08 CV 0133 JM POR<br><br>**JOINT MOTION TO APPEAR TELEPHONICALLY AT THE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Date: May 22, 2008<br>Time: 10:00 a.m. |

Plaintiff Hartford Life and Annuity Insurance Company ("Hartford"), Defendant Gregory Shaughnessy as Executor of the Estate of Shelley Taylor Olander, and Defendant Anthony R. DeSalvo, by and through their respective counsel of record, hereby jointly move and respectfully request as follows:

   1   WHEREAS, Hartford filed this interpleader action because it was faced with multiple claims to the proceeds of an annuity it issued to Shelley Taylor Olander, who is now deceased.

   2.   WHEREAS, Hartford is a disinterested stakeholder in this action and does not claim any entitlement to the proceeds in dispute except to the extent that it is entitled to recover its attorney's fees for having to file this interpleader action.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4842-1932-5186 v1

CASE NO. 08 CV 0133 JM POR
JOINT MOTION TO APPEAR TELEPHONICALLY AT THE E.N.E. CONFERENCE

1  However, neither the filing of this motion, nor counsel's signature on this motion, is
2  intended as, and shall not be interpreted as, a waiver of the rights that any party has
3  to contest Hartford's right to recover attorney's fees in this action, or the
4  reasonableness of the same.

5       3.     WHEREAS, requiring Hartford and its counsel to personally attend the
6  Early Neutral Evaluation Conference would cause the company to incur even more
7  attorney's fees, which would be beneficial to no party in this litigation as it would
8  reduce the amount of funds the defendants have to settle this dispute.

9       WHEREFORE, it is hereby agreed by and between the parties that Hartford
10 may appear at the May 22, 2008 Early Neutral Evaluation Conference via
11 telephone. Both a Hartford client representative and Hartford's counsel will be
12 available by telephone to participate in the Early Neutral Evaluation Conference
13 and to answer any questions the Magistrate Judge may have in this matter.

Dated: May 12, 2008

Burke, Williams & Sorensen, LLP
Michael B. Bernacchi
Keiko J. Kojima

By: /s/ *Michael B. Bernacchi*
    Michael B. Bernacchi
    Attorneys for Hartford Life and Annuity
    Insurance Company

Dated: May ____, 2008

Law Offices of Gregory S. Day

By: _____
    Gregory S. Day
    Attorneys for Gregory Shaughnessy as
    Executor of the Estate of Shelley Taylor
    Olander

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4842-1932-5186 v1    - 2 -    CASE NO. 08 CV 0133 JM POR
JOINT MOTION TO APPEAR TELEPHONICALLY AT
THE E.N.E. CONFERENCE

1  However, neither the filing of this motion, nor counsel's signature on this motion, is
2  intended as, and shall not be interpreted as, a waiver of the rights that any party has
3  to contest Hartford's right to recover attorney's fees in this action, or the
4  reasonableness of the same.
5      3.      WHEREAS, requiring Hartford and its counsel to personally attend the
6  Early Neutral Evaluation Conference would cause the company to incur even more
7  attorney's fees, which would be beneficial to no party in this litigation as it would
8  reduce the amount of funds the defendants have to settle this dispute.
9      WHEREFORE, it is hereby agreed by and between the parties that Hartford
10 may appear at the May 22, 2008 Early Neutral Evaluation Conference via
11 telephone.  Both a Hartford client representative and Hartford's counsel will be
12 available by telephone to participate in the Early Neutral Evaluation Conference
13 and to answer any questions the Magistrate Judge may have in this matter.

15 Dated: May _____, 2008                  Burke, Williams & Sorensen, LLP
                                          Michael B. Bernacchi
16                                        Keiko J. Kojima

18                                        By:_____
                                              Michael B. Bernacchi
19                                        Attorneys for Hartford Life and Annuity
                                          Insurance Company

21 Dated: May  12 , 2008                   Law Offices of Gregory S. Day

23                                        By: _Gregory Day_____
                                              Gregory S. Day
24                                        Attorneys for Gregory Shaughnessy as
                                          Executor of the Estate of Shelley Taylor
25                                        Olander

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4842-1932-5186 v1

- 2 -

CASE NO. 08 CV 0133 JM POR
JOINT MOTION TO APPEAR TELEPHONICALLY AT
THE E.N.E. CONFERENCE

| | | |
|---|---|---|
| 1 | Dated: May 12, 2008 | Law Offices of Rodney t. Herring |
| 2 | | Rodney T. Herring |
| | | Larisa L. Wilmert |
| 3 | | |
| 4 | | By: _____ |
| | | Larisa L. Wilmert |
| | | Attorneys for Athony R. DeSalvo |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4842-1932-5186 v1

- 3 -

CASE NO. 08 CV 0133 JM POR
JOINT MOTION TO APPEAR TELEPHONICALLY AT
THE E.N.E. CONFERENCE