## CERTIFICATE OF SERVICE BY ELECTRONIC MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953. On May 12, 2008, I served by electronic mail through the Court's transmission facilities a true and correct copy of the following document(s): JOINT MOTION TO APPEAR TELEPHONICALLY AT THE EARLY NEUTRAL EVALUATION CONFERENCE on the interested parties in this action addressed as follows:

Gregory S. Day, Esq.
Law Offices of Gregory S. Day
120 Birmingham Drive, Suite 200
Cardiff By The Sea, CA 92007
Tel: (760) 436-2827
Fax: (760) 436-4120
Email: gregday@covad.net
*Attorneys for Gregory Shaughnessy as Executor of the Estate of Shelley Taylor Olander*

Rodney T. Herring
Larisa L. Wilmert
Law Offices of Rodney T. Herring
7373 University Avenue, Suite 115
La Mesa, CA 91941
Tel: (619) 589-1112
Fax: (619) 589-1167
Email: larisaw@wilmertlaw.com
*Attorneys for Anthony R. DeSalvo*

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 12, 2008, at Los Angeles, California.

*Barbara W. Jeong* (signature)
Barbara W. Jeong

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4821-0577-1522 v1