# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ESTATE OF SHELLEY TAYLOR OLANDER, GREGORY SHAUGHNESSY, ANTHONY R. DESALVO,<br><br>Defendants. | Case No.  08 CV 0133 JM POR<br><br>**ORDER TO APPEAR TELEPHONICALLY AT THE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Date: May 22, 2008<br>Time: 10:00 a.m.<br><br>[Doc. No. 11] |

Upon consideration of the parties' joint motion, IT IS ORDERED that Plaintiff Hartford Life and Annuity Insurance Company ("Hartford") may appear telephonically at the Early Neutral Evaluation Conference on May 22, 2008.

IT IS SO ORDERED.

Dated: May 13, 2008

                                        Hon. Louisa S. Porter
                                        United States Magistrate Judge