UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY SHAUGHNESSY AS EXECUTOR OF THE ESTATE OF SHELLEY TAYLOR OLANDER, ANTHONY R. DESALVO, an individual,<br><br>　　　　　　　　　　　　Defendant. | Civil No.   08cv0133-JM (POR)<br><br>**ORDER REGARDING RULE 26 DATES** |

On May 22, 2008, the Court held an Early Neutral Evaluation. By stipulation of the parties and order of the Court, Michael Bernacchi, Esq., counsel for Plaintiff, appeared telephonically. Gregory Day, Esq., counsel for Defendant Gregory Shaughnessy as executor of the estate of Shelley Taylor Olander; Defendant Gregory Shaughnessy; and Rod Herring, Esq., and Larisa Wilmert, Esq., counsel for Defendant Anthony R. DeSalvo, appeared before the Court. Defendant DeSalvo failed to appear in person as ordered by the Court, but the Court was able to reach him by telephone. The case did not settle. After consulting with counsel and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

　　1.　The Rule 26(f) conference shall be completed on or before **June 16, 2008**.

　　2.　A Discovery Plan shall be lodged with the chambers of the Honorable Louisa S Porter via email to efile_porter@casd.uscourts.gov on or before **June 26, 2008**.

　　3.　Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be

1  made on or before **July 3, 2008**.

2  4. Pursuant to Federal Rule of Civil Procedure 16(b), a Case Management Conference
3  shall be held on **July 17, 2008** at **9:30 a.m.**  The conference shall be <u>telephonic</u>, with
4  <u>attorneys only</u>.  Counsel for Defendant DeSalvo shall initiate and coordinate the call.
5  5. Plaintiff's counsel shall serve a copy of this order on any parties that enter this case
6  hereafter.
7  6. Failure of any counsel or party to comply with this order may result in sanctions.

DATED: May 27, 2008

*Louisa Porter*
LOUISA S PORTER
United States Magistrate Judge

cc:   The Honorable Jeffrey T. Miller
      all parties