Gregory S. Day, Esq. (SBN#70602)
LAW OFFICES OF GREGORY S. DAY
120 Birmingham Drive, Suite 200
Cardiff-by-the-Sea, CA 92007
Telephone: (760) 436-2827
Facsimile:  (760) 436-4120

Attorney for Defendant/Cross-Claimant,
Gregory Shaughnessy as Executor of the
Estate of Shelley Taylor Olander

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>        vs.<br><br>GREGORY SHAUGHNESSY AS EXECUTOR OF THE ESTATE OF SHELLEY TAYLOR OLANDER; ANTHONY R. DESALVO, an individual,<br><br>                    Defendants.<br>_____<br>GREGORY SHAUGHNESSY AS EXECUTORY OF THE ESTATE OF SHELLEY TAYLOR OLANDER,<br><br>            Cross-Claimant,<br><br>        vs.<br><br>ANTHONY R. DESALVO, an individual,<br><br>            Cross-Defendant.<br>_____ | CV No.:     08cv0133-JM(POR)<br>Judge:      Hon. Jeffrey T. Miller<br>Courtroom:  16<br><br><br>**PROPOSED DISCOVERY PLAN**<br>**[F.R.C.P. 26(f)]** |

/////

Pursuant to Fed. R. Civ. P. 26(f), the following counsel for the parties have met and conferred and approved the contents of this proposed discovery plan:

Michael B. Bernacchi for plaintiff Hartford Life and Annuity Company;

Gregory S. Day for defendant / cross-claimant Gregory Shaughnessy, as Executor of the Estate of Shelley Taylor Olander;  and

Larisa Wilmert for defendant / cross-claimaint Anthony R. DeSalvo

**1.  Pre-Discovery Disclosures**

The parties will exchange by July 3, 2008, the information required by Fed. R. Civ. P. 26(a)(1).

**2.  Discovery Plan**

The parties jointly propose to the court the following discovery plan.

A.  Discovery will be needed on the following subjects:

      i)  the circumstances surrounding the intial purchase and subsequent contributions to the subject annuity contract;

      ii)  changes made to the ownership of the subject annuity contract during its existence;

      iii)  changes made to the beneficiary designation of the subject annuity contract during its existence;

      iv)  the marriage of defendant Anthony DeSalvo and Shelley Taylor Olander;

      v)  the dissolution of the marriage of defendant Anthony DeSalvo and Shelley Taylor Olander;

**PROPOSED DISCOVERY PLAN**

**CV NO.:  08cv0133-JM(POR)**

vi)    the negotiation and execution of the Marital Settlement Agreement dated December 15, 2004; and

vii)    the action(s) taken by Shelley Taylor Olander in relation to the subject annuity contract at or about the time of the execution of the Marital Settlement Agreement dated December 15, 2004.

B.    Disclosure or discovery of electronically stored information should be included in the disclosures to be made on or before July 3, 2008. All electronically stored information must be maintained by the parties and made available for further inspection by any party making appropriate request.

C.    All discovery to be commenced in time to be completed by February 2009.

i)    Maximum of 25 interrogatories by each party to any other party. Responses due within 30 days after service.

ii)    Maximum of 50 requests for admission by each party to any other party. Responses due within 30 days after service.

iii)    Maximum of 3 depositions by plaintiff and 3 by each defendant /cross-claimant. Each deposition to be limited to 7 hours unless extended by agreement of the parties.

iv)    Reports from retained experts under Fed. R. Civ. P. 26(a)(2) due:

from plaintiffs by December 1, 2008

from defendants /cross-claimants by December 8, 2008.

Supplementation under Rule 26(e) due by January 15, 2009.

### 3. **Other proposed deadlines.**

A.    The parties anticipate that this proposed discovery plan will be discussed at the Case Management Conference to be conducted on July 17, 2008 and do not request a conference with the court before that date in relation to this proposed discovery plan.

**PROPOSED DISCOVERY PLAN**

**CV NO.:  08cv0133-JM(POR)**

B.    Any amendment to the pleadings shall be accomplished no later than November 1, 2008.

C.    Any additional parties should be joined in the action no later than November 1, 2008.

D.    If the case is not resolved, the parties will submit to mediation and/or a formal settlement conference by September 15, 2008.

E.    The final lists of witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) shall be exchanged as follows:

       i)    Plaintiff by January 1, 2009

       ii)    Anthony DeSalvo by January 30, 2009

       iii)    Gregory Shaugnessy, Executor, by February 15, 2009

Any objections to the final lists shall be listed under Fed. R. Civ. P. 26(a)(3) no later than February 27, 2009.

F.    The case should be ready for trial by March 16, 2009 or such time after said date that may be available to the court. At this time, the trial is anticipated to take approximately 4 days.

Dated:  June 26, 2008          BURKE, WILLIAMS & SORENSEN, LLP

                    By:  ____/s/  Michael B. Bernacchi_____
                    Michael B. Bernacchi, Attorneys for Plaintiff,
                    Hartford Life and Annuity Company

Dated:  June 26, 2008          LAW OFFICES OF GREGORY S. DAY

                    By:  ____/s/  Gregory S. Day_____
                    Gregory S. Day, Attorneys for Gregory Shaughnessy, Executor of
                    the Estate of Shelley Taylor Olander

Dated:  June 26, 2008          WILMERT LAW GROUP

                    By:  ____/s/  Larisa Wilmert_____
                    Larisa Wilmert, Attorneys for
                    Anthony DeSalvo

PROPOSED DISCOVERY PLAN

CV NO.:  08cv0133-JM(POR)