Gregory S. Day, Esq. (SBN#70602)
LAW OFFICES OF GREGORY S. DAY
120 Birmingham Drive, Suite 200
Cardiff-by-the-Sea, CA 92007
Telephone: (760) 436-2827
Facsimile:  (760) 436-4120

Attorney for Defendant/Cross-Claimant,
Gregory Shaughnessy as Executor of the
Estate of Shelley Taylor Olander

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY SHAUGHNESSY AS EXECUTOR OF THE ESTATE OF SHELLEY TAYLOR OLANDER; ANTHONY R. DESALVO, an individual,<br><br>Defendants.<br>_____<br>GREGORY SHAUGHNESSY AS EXECUTOR OF THE ESTATE OF SHELLEY TAYLOR OLANDER,<br><br>Cross-Claimant,<br><br>vs.<br><br>ANTHONY R. DESALVO, an individual,<br><br>Cross-Defendant. | CV No.:   08cv0133-JM(POR)<br>Judge:    Hon. Jeffrey T. Miller<br>Courtroom:  16<br><br><br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL**<br><br><br>**Date of Hearing:**   August 15, 2008<br>**Time of Hearing:**    1:30 P.M. |

/////

**1**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    NOTICE IS HEREBY GIVEN that on August 15, 2008 at 1:30 P.M. or as soon thereafter as counsel may be heard by the above-entitled Court, located at 940 Front Street, San Diego, CA 92101-8900, in Courtroom 16, the courtroom of the Honorable Jeffrey T. Miller, will and hereby does move the Court for an order to withdraw as counsel. This motion is brought on the grounds that good cause exists for the withdrawal in the client has demanded termination of counsel's service.

    This motion is based on this notice of motion and motion, the memorandum of points and authorities, declaration of Gregory S. Day and declaration of Kent M. Hiyane filed herewith, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

Respectfully submitted:

Dated: July 9, 2008    LAW OFFICES OF GREGORY S. DAY

By:   /s/ Gregory S. Day
Gregory S. Day,
Attorney for Defendant/Cross-Claimant,
Gregory Shaughnessy, Executor of the Estate of
Shelley Taylor Olander
e-mail: gregday@covad.net