1  Gregory S. Day, Esq. (SBN#70602)
   LAW OFFICES OF GREGORY S. DAY
2  120 Birmingham Drive, Suite 200
   Cardiff-by-the-Sea, CA 92007
3  Telephone: (760) 436-2827
   Facsimile:  (760) 436-4120
4
   Attorney for Defendant/Cross-Claimant,
5  Gregory Shaughnessy as Executor of the
   Estate of Shelley Taylor Olander
6

7

8                   UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11 HARTFORD LIFE AND ANNUITY        ) CV No.:   08cv0133-JM(POR)
   INSURANCE COMPANY,               ) Judge:    Hon. Jeffrey T. Miller
12                                  ) Courtroom: 16
              Plaintiff,            )
13                                  )
       vs.                          )
14                                  ) **MEMORANDUM OF POINTS AND**
   GREGORY SHAUGHNESSY AS           ) **AUTHORITIES IN SUPPORT OF MOTION**
15 EXECUTOR OF THE ESTATE OF        ) **TO WITHDRAW AS COUNSEL**
   SHELLEY TAYLOR OLANDER;          ) **[CivLR 83.3(g)(3)]**
16 ANTHONY R. DESALVO, an individual,)
                                    )
17            Defendants.           )
18 _____ ) **Date of Hearing:** August 15, 2008
   GREGORY SHAUGHNESSY AS           ) **Time of Hearing:** 1:30 P.M.
19 EXECUTOR OF THE ESTATE OF        )
   SHELLEY TAYLOR OLANDER,          )
20                                  )
              Cross-Claimant,       )
21                                  )
       vs.                          )
22                                  )
23                                  )
   ANTHONY R. DESALVO, an individual,)
24                                  )
              Cross-Defendant.      )
25                                  )
26                                  )
                                    )
27 _____ )

28 /////

## STATEMENT OF THE FACTS

Attorney Gregory S. Day ("Day" or "Counsel") has represented Defendant/Cross-Complainant Gregory Shaughnessy, Executor of the Estate of Shelley Taylor Olander ("Shaughnessy", "Client" or "Defendant/Cross-Complainant") in this matter since March 2008. On or about June 28, 2008, Client sent Counsel a letter terminating Counsel's "services effective immediately."

## LAW AND ANALYSIS

The federal courts generally look to the state rules of professional conduct in determining whether good cause exists to withdraw as counsel. (Schwarzer, Tashima & Wagstaffe, CAL. PRAC. GUIDE: FED. CIV. PRO. BEFORE TRIAL (The Rutter Group 2008)). Rule 3-700(C)(5) and (6) of the California Rules of Professional Conduct provide for permissive withdrawal if the "client knowingly and freely assents to termination of the employment" and if the "member believes in good faith . . . the tribunal will find the existence of other good cause for the withdrawal." A true and correct copy of California Rule 3-700 printed for the California Bar Website is attached as *Exhibit A* to the declaration of Gregory S. Day filed herewith.

Here, Client has not only "knowingly and freely" assented to the termination of Counsel's employment, but has demanded that Counsel's "services terminate immediately". Accordingly, there has been such deterioration in the attorney-client relationship that Counsel cannot provide Client with effective representation. Thus, this Court should find that good cause exists for Counsel's withdrawal.

/////
/////
/////
/////
/////
/////

**CONCLUSION**

Good cause exists such that this Court should grant Counsel's motion to withdraw.

Respectfully submitted:

Dated: July 9, 2008        LAW OFFICES OF GREGORY S. DAY


By:   /s/ Gregory S. Day
      Gregory S. Day
      Attorney for Defendant/Cross-Complainant,
      Gregory Shaughnessy, Executor of the Estate of
      Shelley Taylor Olander
      e-mail: gregday@covad.net