1  Gregory S. Day, Esq. (SBN#70602)
   LAW OFFICES OF GREGORY S. DAY
2  120 Birmingham Drive, Suite 200
   Cardiff-by-the-Sea, CA 92007
3  Telephone: (760) 436-2827
   Facsimile: (760) 436-4120
4
   Attorney for Defendant/Cross-Claimant,
5  Gregory Shaughnessy as Executor of the
   Estate of Shelley Taylor Olander
6

7
                  UNITED STATES DISTRICT COURT
8
                  SOUTHERN DISTRICT OF CALIFORNIA
9

10
   HARTFORD LIFE AND ANNUITY          ) CV No.:    08cv0133-JM(POR)
11 INSURANCE COMPANY,                 ) Judge:     Hon. Jeffrey T. Miller
                                      ) Courtroom: 16
12         Plaintiff,                 )
                                      )
13                                    )
       vs.                            )
14                                    ) **DECLARATION OF KENT M. HIYANE RE:**
   GREGORY SHAUGHNESSY AS             ) **NOTICE OF MOTION TO WITHDRAW AS**
15 EXECUTOR OF THE ESTATE OF          ) **COUNSEL**
   SHELLEY TAYLOR OLANDER;            ) [CivLR 83.3(g)(3)]
16 ANTHONY R. DESALVO, an individual, )
17                                    )
           Defendants.                )
18                                    ) **Date of Hearing:** August 15, 2008
   _____) **Time of Hearing:** 1:30 P.M.
19 GREGORY SHAUGHNESSY AS             )
   EXECUTOR OF THE ESTATE OF          )
20 SHELLEY TAYLOR OLANDER,            )
                                      )
21         Cross-Claimant,            )
                                      )
22     vs.                            )
                                      )
23                                    )
                                      )
24 ANTHONY R. DESALVO, an individual, )
                                      )
25         Cross-Defendant.           )
                                      )
26                                    )
                                      )
27 _____)

28 /////

---
1
DECLARATION OF KENT M. HIYANE RE: NOTICE
OF MOTION TO WITHDRAW AS COUNSEL

CV NO.: 08cv0133-JM(POR)

I, Kent M. Hiyane, declare that:

1. I am attorney licensed to practice law before all state courts in the State of California and am admitted to practice in the United States District Court for the Southern District of California. The following facts are of my own personal knowledge excepts as to those facts stated on information and belief; and as to those facts, I believe them to be true.

2. In addition to electronically filing the moving papers for this motion, On July 9, 2008, I served the following documents via first class mail:

    a. Notice of Motion and Motion to Withdraw as Counsel;

    b. Memorandum of Points and Authorities in Support of Motion to Withdraw as Counsel;

    c. Declaration of Gregory S. Day in Support of Motion to Withdraw as Counsel;

    d. Declaration of Kent M. Hiyane re Notice of Motion to Withdraw as Counsel; and,

    e. Proposed Order On Motion to Withdraw as Counsel;

on movant's client and opposing counsel by placing true and correct copies of the documents in envelopes with postage prepaid and deposited such in accordance with our office procedures for first-class mail via the United States Postal Service, such envelopes addressed as follows:

**_Movant's Client:_**
Gregory Shaughnessy
2133 Woodland Heights Glen
Escondido, CA  92026

**_Counsel for Plaintiff:_**
Michael B. Bernacchi, Esq.
BURKE, WILIAMS & SORENSEN, LLP
444 S. Flower Street, Suite 2400
Los Angeles, CA  90071-2953

/////
/////
/////

**Counsel for Defendant, Anthony R. Desalvo:**
Larisa Wilmert, Esq.
5752 Oberlin Dr., Suite 106
San Diego, CA 92121

4. Also on July 9, 2008, pursuant to *Section 2(h)* of *Electronic Case Filing Adminstrative Policies and Procedures Manual United States District Court for the Southern District of California*, I transmitted the Proposed Order in editable word processing format (Microsoft Word®), to the court and copying opposing counsel as follows:

The Honorable Jeffrey T. Miller        Michael B. Bernacchi, Esq.
efile_miller@casd.uscourts.gov         mbernacchi@bwslaw.com

Larisa Wilmert, Esq.
larisaw@wilmertlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 7/9/08 at Cardiff, California.

*[signature]*
Kent M. Hiyane