UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GREGORY SHAUGHNESSY AS EXECUTOR OF THE ESTATE OF SHELLEY TAYLOR OLANDER, ANTHONY R. DESALVO, an individual,<br><br>　　　　　　　　　　　Defendant. | Civil No.   08cv0133-JM (POR)<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

On July 16, 2008, counsel for all parties contacted the Court and requested that the Case Management Conference currently set for July 17, 2008 be rescheduled because substitution of counsel for Defendant Gregory Shaughnessy is in the process. Based thereon, discussions with counsel, and their stipulation, the Court hereby reschedules the conference to **July 30, 2008** at **1:30 p.m.** The conference shall be telephonic, with attorneys only. Counsel for Defendant DeSalvo shall initiate and coordinate the call.

　　　**IT IS SO ORDERED.**

DATED: July 18, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　LOUISA S PORTER
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc:　　　The Honorable Jeffrey T. Miller
　　　　　all parties