UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY SHAUGHNESSY AS EXECUTOR OF THE ESTATE OF SHELLEY TAYLOR OLANDER, ANTHONY R. DESALVO, an individual,<br><br>Defendant. | Civil No.    08cv0133-JM (POR)<br><br>**ORDER SCHEDULING (1) STATUS CONFERENCE REGARDING COUNSEL AND (2) SETTLEMENT CONFERENCE** |

On July 30, 2008, the Court held a Case Management Conference.  Appearing before the Court were Michael Bernacchi, Esq., counsel for Plaintiff; Rod Herring, Esq., and Larisa Wilmert, Esq., counsel for Defendant Anthony R. Desalvo; and Gregory S. Day, Esq., counsel for Defendant Gregory Shaughnessy.  Mr. Day indicates his motion to withdraw as counsel for Defendant Shaughnessy is currently pending.  Based on discussions with counsel, the Court hereby schedules a Status Conference on **August 19, 2008** at **9:30 a.m.** so the Court may be updated as to whether Mr. Day or new counsel represents Defendant Shaughnessy.  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Mr. Herring shall initiate and coordinate the call.

Further, a Settlement Conference shall be held on **August 28, 2008** at **10:00 a.m.** in  Judge Porter's Chambers, First Floor, 940 Front Street, San Diego, California.  *All counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person</u> at the conference.*  Corporate counsel and/or retained outside corporate counsel **shall not**

1  appear on behalf of a corporation as the party who has the authority to negotiate and enter into a

2  settlement.  Counsel for any non-English speaking parties is responsible for arranging for the

3  appearance of an interpreter at the conference.  *Failure of required counsel and parties to appear in*

4  *person will be cause for the imposition of sanctions.*  All conference discussions will be informal,

5  off the record, privileged, and confidential. If the case does not settle at the Settlement Conference, a

6  Case Management Conference shall follow immediately thereafter.

7           **IT IS SO ORDERED.**

8

9  DATED:  August 1, 2008

10

11                                                LOUISA S PORTER
                                                  United States Magistrate Judge

12

13
   cc:          The Honorable Jeffrey T. Miller
14              all parties

15

16

17

18

19

20

21

22

23

24

25

26

27

28