FILED

AUG 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY SHAUGHNESSY AS EXECUTOR OF THE ESTATE OF SHELLEY TAYLOR OLANDER, ANTHONY R. DESALVO, an individual,<br><br>Defendant. | Civil No.   08cv0133-JM (POR)<br><br>**ORDER REGARDING PLAINTIFF HARTFORD'S ATTENDANCE AT THE MANDATORY SETTLEMENT CONFERENCE** |

In the attached letter, dated August 1, 2008, Plaintiff Hartford Life and Annuity Insurance Company ("Hartford") requests that it be excused from appearing in person at the Mandatory Settlement Conference set for August 28, 2008. Hartford represents that it is a disinterested stakeholder who has interpleaded certain annuity proceeds that are in dispute in this case. Based thereon, the Court finds good cause to grant Hartford's request. Accordingly, Hartford need not appear in person at the conference, but Hartford's counsel shall be available by telephone on the day of the conference.

**IT IS SO ORDERED.**

DATED: 8/7/08

LOUISA S PORTER
United States Magistrate Judge

cc:   The Honorable Jeffrey T. Miller
       all parties

444 South Flower Street - Suite 2400
Los Angeles, California 90071-2953
Voice 213.236.0600 - fax 213.236.2700
www.bwslaw.com

Direct No.: 213.236.2826
Our File No.: 05029-0058
mbernacchi@bwslaw.com

August 1, 2008

**BY ELECTRONIC MAIL**

Hon. Louisa S. Porter
United States Magistrate Judge
United States District Court
Southern District
880 Front Street
San Diego, CA 92101

    Re:    Hartford v. Gregory Shaughnessy etc. et al.
            USDC Case No. 08CV0133 JM-POR

Dear Judge Porter:

    The purpose of this letter is to formally request that Plaintiff Hartford be excused from appearing personally at the Mandatory Settlement Conference set for August 28, 2008 in this case. Hartford is merely a disinterested stakeholder who has interpleaded certain annuity proceeds that are in dispute between the parties.

    Hartford's counsel, of course, will be available on the day of August 28, 2008 to respond to any questions the Court may have for it via telephone.

                                Respectfully submitted,

                                BURKE, WILLIAMS & SORENSEN, LLP

                                /s/ *Michael B. Bernacchi*

                                MICHAEL B. BERNACCHI

MBB:bwj
cc:    Gregory Day, Esq. (By electronic mail)
        Larisa Wilmert, Esq. (By electronic mail)

LA #4834-6319-0786 v1