1  Gregory S. Day, Esq. (SBN#70602)
   LAW OFFICES OF GREGORY S. DAY
2  120 Birmingham Drive, Suite 200
   Cardiff-by-the-Sea, CA 92007
3  Telephone: (760) 436-2827
   Facsimile:  (760) 436-4120
4
   Attorney for Defendant/Cross-Claimant,
5  Gregory Shaughnessy as Executor of the
   Estate of Shelley Taylor Olander
6

7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11  HARTFORD LIFE AND ANNUITY        ) CV No.:    08cv0133-JM(POR)
    INSURANCE COMPANY,               ) Judge:     Hon. Jeffrey T. Miller
12                                   ) Courtroom: 16
             Plaintiff,              )
13                                   )
        vs.                          )
14                                   )
    GREGORY SHAUGHNESSY AS           ) SUBSTITUTION OF ATTORNEY
15  EXECUTOR OF THE ESTATE OF        )
    SHELLEY TAYLOR OLANDER;          )
16  ANTHONY R. DESALVO, an individual,)
17                                   )
             Defendants.             )
18  _____  )
    GREGORY SHAUGHNESSY AS           )
19  EXECUTOR OF THE ESTATE OF        )
20  SHELLEY TAYLOR OLANDER,          )
                                     )
21           Cross-Claimant,         )
                                     )
22      vs.                          )
23                                   )
    ANTHONY R. DESALVO, an individual,)
24                                   )
             Cross-Defendant.        )
25                                   )
                                     )
26                                   )
27  _____  )

28  /////

                                    1
                              SUBSTITUTION OF ATTORNEY
                              CV NO.: 08cv0133-JM(POR)

1  THE COURT AND ALL PARTIES ARE NOTIFIED THAT Gregory Shaughnessy, as
2  Executor of the Estate of Shelley Taylor Olander, makes the following substitution:

3

4  1.   Former legal representative:   Attorney, Gregory S. Day

5

6  2.   New legal representative:

7  Cheryl E. Tannenberg
   Kirby & McGuinn
8  600 B. Street, Suite 1950
   San Diego, CA 92101
9  Telephone: (619) 525-1655
10 Facsimile:  (619) 525-1656

11
12 3.   The party making this substitution is a defendant/cross-claimant.

13
14 4.   I consent to this substitution.

15
16 Dated: 8/13/08         By: _____
                              Gregory Shaughnessy, Executor of the Estate
17                            of Shelley Taylor Olander

18
19 5.   I consent to this substitution.
20
21 Dated: 7/16/08         By: _____
                              Gregory S. Day,
22                            Former Attorney

23

24
25 6.   I consent to this substitution.
26
27 Dated: 8/11/08         By: _____
                              Cheryl E. Tannenberg,
28                            New Attorney

2

SUBSTITUTION OF ATTORNEY

CV NO.: 08cv0133-JM(POR)