# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>GREGORY SHAUGHNESSY AS EXECUTOR OF THE ESTATE OF SHELLEY TAYLOR OLANDER; ANTHONY R. DESALVO, an individual,<br><br>　　　　　　　　　Defendants. | CASE NO. 08 CV 0133 JM (POR)<br><br>**ORDER:**<br><br>**(1) APPROVING SUBSTITUTION OF ATTORNEY; (2) DENYING AS MOOT MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

On August 13, 2008, Defendant Gregory Shaughnessy filed a substitution of attorney notifying the court that Cheryl E. Tannenberg will replace Gregory S. Day as Shaughnessy's attorney of record. (Doc. no. 22.) Pursuant to Civil Local Rule 83.3(g)(2), the court **APPROVES** the substitution. Consequently, the court **DENIES** as moot Day's motion to withdraw as attorney of record. (Doc. no. 17.)

**IT IS SO ORDERED.**

DATED: August 14, 2008

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　United States District Judge