UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY,<br><br>                            Plaintiff,<br><br>v.<br><br>GREGORY SHAUGHNESSY AS EXECUTOR OF THE ESTATE OF SHELLEY TAYLOR OLANDER, ANTHONY R. DESALVO, an individual,<br><br>                            Defendant. | Civil No.   08cv0133-JM (POR)<br><br>**ORDER VACATING STATUS CONFERENCE AND RESCHEDULING SETTLEMENT CONFERENCE** |

On August 14, 2008, counsel for all parties contacted the Court. Counsel requests that the Status Conference set for August 19, 2008 be vacated since Cheryl Tannenberg, Esq., new counsel for Defendant Gregory Shaughnessy, has filed a Substitution of Attorney. Based thereon and stipulation of the parties, the Court hereby VACATES the Status Conference.

Counsel further requests that the Settlement Conference set for August 28, 2008 be rescheduled due to a conflict with Ms. Tannenberg's schedule. Based thereon, discussion with counsel and their stipulation, the Court finds good cause to reschedule the conference to **September 19, 2008** at **10:00 a.m.** in Judge Porter's Chambers, First Floor, 940 Front Street, San Diego, California. *All counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person</u> at the conference.* Corporate counsel and/or retained outside corporate counsel **shall not** appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement. Counsel for any non-English speaking parties

is responsible for arranging for the appearance of an interpreter at the conference.  *Failure of required counsel and parties to appear <u>in person</u> will be cause for the imposition of sanctions.*  All conference discussions will be informal, off the record, privileged, and confidential. If the case does not settle at the Settlement Conference, a Case Management Conference shall follow immediately thereafter.

The Court confirms its previous order, dated August 7, 2008, that Plaintiff is not required to appear in person at the Settlement Conference but Plaintiff's counsel shall be available by telephone on the day of the conference.

**IT IS SO ORDERED.**

**DATED:  August 18, 2008**

_____
**LOUISA S PORTER**
**United States Magistrate Judge**

cc:        The Honorable Jeffrey T. Miller
           all parties