# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE AND ANNUITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ESTATE OF SHELLEY TAYLOR OLANDER, GREGORY SHAUGHNESSY, ANTHONY R. DESALVO,<br><br>Defendants. | CASE NO. 08 CV 0133 JM (POR)<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION FOR SETTLEMENT, DISCHARGE, AND DISMISSAL; AWARD OF ATTORNEY'S FEES; AND LIQUIDATION OF ANNUITY CONTRACT** |

Upon reviewing the "Joint Motion for Approval of Stipulation for Settlement, Discharge, and Dismissal; Award of Attorney's Fees; and Liquidation of Annuity Contract" filed with this court and signed by attorneys for both parties ("Joint Motion," Doc. No. 27), the court **APPROVES** the proposed settlement, discharge of liability, award of attorney's fees, and liquidation of annuity contract. In addition, pursuant to the parties' settlement agreement and Federal Rule of Civil Procedure 41, the above-captioned action is hereby **DISMISSED** with prejudice, each party to bear its own fees and costs, except as otherwise noted in paragraph 1 of the Joint Motion.

The Clerk of Court is instructed to close the case file.

**IT IS SO ORDERED.**

DATED: October 3, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:       All parties